THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL RODRIGUEZ, Appellant. [689 NYS2d 895] —Judgment unanimously affirmed. Memorandum: Although defendant's waiver of the right to appeal encompassed the original sentence of probation (see, *People v Seaberg*, 74 NY2d 1), it did not encompass the resentencing following defendant's violation of probation (see, *People v Daniel A.*, 259 AD2d 983 [decided herewith]). We conclude, however, that the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Violation of Probation.) Present—Denman, P. J., Green, Pine, Hayes and Hurlbutt, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY D. BRELAND, III, Appellant. [688 NYS2d 351] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him following a jury trial of five counts of attempted murder in the first degree (Penal Law §§ 110.00, 125.27 [1] [a] [vii]), and one count each of attempted robbery in the first degree (Penal Law §§ 110.00, 160.15 [2]) and criminal possession of a weapon in the second degree (Penal Law § 265.03 [2]). The verdict is not against the weight of the evidence (see, *People v Bleakley*, 69 NY2d 490, 495). The evidence supports the jury's finding that defendant intended to cause the death of the victims by firing his weapon while running toward them (see, *People v Cabassa*, 79 NY2d 722, 728, *cert denied sub nom. Lind v New York*, 506 US 1011). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Onondaga County, Brunetti, J.—Attempted Murder, 1st Degree.) Present—Denman, P. J., Green, Pine, Hayes and Hurlbutt, JJ.